UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY THOMAS WOLFINGTON, JR.<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | No.  2:24-cv-00529-WBS-EFB (HC)<br><br><u>ORDER AND FINDINGS AND RECOMMENDATIONS</u> |

    Petitioner is a state prisoner proceeding without counsel in this petition for a writ of habeas corpus.  28 U.S.C. § 2254.  He has brought a motion for default judgment, alleging that respondent did not timely file a response to petitioner's habeas petition.  ECF No. 14.  Respondent did timely file his answer (ECF No. 12), but did not, as required, concurrently serve petitioner with a mailed copy.  Respondent has since served petitioner by mail.  ECF No. 16.  Petitioner's motion for default judgment should therefore be DENIED AS MOOT.

    Accordingly, it is hereby RECOMMENDED that petitioner's motion for default judgment (ECF No. 14) be denied as moot.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. *See* Rule 11, Federal Rules Governing § 2255 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: June 13, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE